UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

        Plaintiff,

       v.                       Case No.

SEVENTEEN MISCELLANEOUS FIREARMS,
and

APPROXIMATELY 5,478 ROUNDS OF
ASSORTED AMMUNITION,

        Defendants.

## VERIFIED COMPLAINT FOR CIVIL FORFEITURE IN REM

The United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Scott J. Campbell, Assistant United States Attorney for this district, alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### Nature of the Action

1.     This is a civil action to forfeit properties to the United States of America, under 18 U.S.C. § 924(d), for violations of 18 U.S.C. § 922(g)(3).

### The Defendants In Rem

2.     The defendant properties comprise seventeen (17) miscellaneous firearms and approximately 5,478 rounds of assorted ammunition.  A list of the defendant properties is attached to this complaint as Exhibit A.

3. The Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") seized the defendant properties on or about March 1, 2019, from Jeremiah Cholip at 4XXX Youngblood Road, Racine, Wisconsin.

4. The defendant properties are presently in the custody of ATF in Milwaukee, Wisconsin.

## Jurisdiction and Venue

5. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

6. This Court has *in rem* jurisdiction over the defendant properties under 28 U.S.C. § 1355(b).

7. Venue is proper in this district under 28 U.S.C. § 1355(b)(1) because acts or omissions giving rise to the forfeiture occurred in this district.

## Basis for Forfeiture

8. Under 18 U.S.C. § 922(g)(3), it is unlawful for any person who is an unlawful user of, or addicted to, any controlled substance to possess, in or affecting commerce, any firearm or ammunition.

9. The defendant properties are subject to forfeiture to the United States of America under 18 U.S.C. § 924(d) because they were involved in the violation of 18 U.S.C. § 922(g)(3).

## Facts

10. Marijuana is a Schedule I controlled substance under 21 U.S.C. § 812.

11. Cocaine is a Schedule II controlled substance under 21 U.S.C. § 812.

**Execution of search warrant at Jeremiah Cholip's residence on March 1, 2019**

12.     On or about March 1, 2019, ATF agents executed a search warrant at the residence of Jeremiah Cholip, 4XXX Youngblood Road, Racine, Wisconsin (the "Cholip residence").

13.     Below are some of the items inside the Cholip residence on March 1, 2019:

      A.     Approximately 2.6 grams of marijuana inside a plastic container,

      B.     Two bowls containing cocaine residue,

      C.     One bowl with two metal dishes and a card – all containing cocaine residue,

      D.     Three pipes – one containing burnt marijuana and the other two containing black residue,

      E.     A digital scale,

      F.     A grinder containing marijuana residue,

      G.     The defendant seventeen miscellaneous firearms,

      H.     The defendant approximately 5,478 rounds of assorted ammunition, and

      I.     Various firearm accessories.

**March 1, 2019 mirandized recorded statement by Jeremiah Cholip**

14.     Jeremiah Cholip had arrived at his residence during execution of the search warrant.

15.     On March 1, 2019, at approximately 6:00 p.m., two ATF agents conducted a custodial interview of Jeremiah Cholip (the "Interview").

16.     The Interview was audio recorded.

17.     Before conducting the Interview, an ATF agent read Jeremiah Cholip his Miranda Rights.  Mr. Cholip stated that he understood each of his rights and that he was willing to speak with the ATF agents.

3

18. During the Interview, Jeremiah Cholip ("Cholip") admitted, among other things, the following:

    A.      Cholip is a recreational drug user,

    B.      Cholip uses drugs to self-medicate,

    C.      Cholip smokes marijuana about three or four times per week,

    D.      Cholip has been smoking marijuana for about 20 years,

    E.      Cholip uses cocaine about once per week, and

    F.      Cholip has been using cocaine for about one year.

19. As a person who is an unlawful user of controlled substances, Jeremiah Cholip is prohibited from possessing firearms, in or affecting commerce, under 18 U.S.C. § 922(g)(3).

20. As a person who is an unlawful user of controlled substances, Jeremiah Cholip is prohibited from possessing ammunition, in or affecting commerce, under 18 U.S.C. § 922(g)(3).

21. Cholip's possession of the firearms were in, and affected, interstate commerce in that each of the defendant seventeen miscellaneous firearms and defendant approximately 5,478 rounds of assorted ammunition that he possessed on March 1, 2019, was manufactured outside Wisconsin, and therefore was transported in interstate commerce.

22. The defendant seventeen miscellaneous firearms are therefore subject to forfeiture to the United States of America under 18 U.S.C. § 924(d) because they were involved in the violation of 18 U.S.C. § 922(g)(3).

23. The defendant approximately 5,478 rounds of assorted ammunition are therefore subject to forfeiture to the United States of America under 18 U.S.C. § 924(d) because they were involved in the violation of 18 U.S.C. § 922(g)(3).

4

**Administrative Forfeiture Proceedings**

24.     On or about April 1, 2019, ATF commenced administrative forfeiture proceedings against the defendant properties, seventeen miscellaneous firearms and approximately 5,478 rounds of assorted ammunition.

25.      On or about April 29, 2019, Jeremiah Cholip filed a claim and petition for remission to the defendant properties with ATF in the administrative forfeiture proceedings.

**Warrant for Arrest In Rem**

26.     Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the defendant properties pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

**Claims for Relief**

27.     The plaintiff alleges and incorporates by reference the paragraphs above.

28.     By the foregoing and other acts, the defendant seventeen miscellaneous firearms were involved in the violation of 18 U.S.C. § 922(g)(3).

29.     The defendant seventeen miscellaneous firearms are therefore subject to forfeiture to the United States of America under 18 U.S.C. § 924(d).

30.     By the foregoing and other acts, the defendant approximately 5,478 rounds of assorted ammunition were involved in the violation of 18 U.S.C. § 922(g)(3).

31.     The defendant approximately 5,478 rounds of assorted ammunition are therefore subject to forfeiture to the United States of America under 18 U.S.C. § 924(d).

WHEREFORE, the United States of America prays that a warrant of arrest for the defendant properties – seventeen miscellaneous firearms and approximately 5,478 rounds of assorted ammunition – be issued; that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed; that judgment declare the defendant

5

properties to be condemned and forfeited to the United States of America for disposition

according to law; and that the United States of America be granted such other and further relief

as this Court may deem just and equitable, together with the costs and disbursements of this

action.

Dated at Milwaukee, Wisconsin, this 11th day of July, 2019.

Respectfully submitted,

MATTHEW D. KRUEGER
United States Attorney

By:

  s/SCOTT J. CAMPBELL

SCOTT J. CAMPBELL
Assistant United States Attorney
Scott J. Campbell Bar Number: 1017721
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: scott.campbell@usdoj.gov

6

**Verification**

I, Ryan T. Arnold, hereby verify and declare under penalty of perjury that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives in Milwaukee, Wisconsin, that I have read the foregoing Verified Complaint for Civil Forfeiture *in rem* and know the contents thereof, and that the factual matters contained in paragraphs 10 through 23 of the Verified Complaint are true to my own knowledge.

The sources of my knowledge and information are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.


Date:   7/11/2019              s/RYAN T. ARNOLD
                              Ryan T. Arnold
                              Special Agent
                              Bureau of Alcohol, Tobacco, Firearms, and Explosives

7

# EXHIBIT A

## FIREARMS

| | Description | Serial No. |
|---|---|---|
| 1. | SAVAGE STEVENS 258B Shotgun CAL:20 | None |
| 2. | ITHACA GUN CO. Rifle Model: 49; CAL: 22 | 490582658 |
| 3. | RUGER 77/22 Rifle CAL:22 | 700-09-894 |
| 4. | UNIS Pistol CAL:ZZ | 69187 |
| 5. | REMINGTON ARMS COMPANY, INC. 12 Shotgun CAL:12 | 59562 |
| 6. | RUGER 77/22 Rifle CAL:22 | 720-07333 |
| 7. | WINCHESTER 67 Rifle CAL:22 | None |
| 8. | WHITWORTH EXPRESS Rifle CAL:458 | B279559 |
| 9. | WINCHESTER 94 Rifle CAL:30-30 | 1673216 |
| 10. | SMITH & WESSON M&P 45 Pistol CAL:45 | HMT4125 |
| 11. | Unknown Manufacturer Revolver CAL:ZZ | 39865 |
| 12. | M.A.B. A Pistol CAL:25 | 106685 |
| 13. | Unknown Manufacturer Pistol CAL:ZZ | 34341 |
| 14. | GLOCK GMBH 21 Pistol CAL:45 | LGK741 |
| 15. | Unknown Manufacturer Rifle CAL:ZZ | WI00010 |
| 16. | SAVAGE STEVENS 237A Shotgun CAL:20 | None |
| 17. | AR-7 INDUSTRIES LLC AR7 EXPLORER Rifle CAL:22 | A272990 |

## AMMUNITION

| | No. of Rounds / Description |
|---|---|
| 18. | 33 Rounds / CAL:ZZ |
| 19. | 12 Rounds / CAL:ZZ |
| 20. | 40 Rounds / CAL:ZZ |
| 21. | 13 Rounds / CAL:ZZ |
| 22. | 20 Rounds / CAL:ZZ |
| 23. | 177 Rounds / CAL:Multi |
| 24. | 937 Rounds / CAL:Multi |
| 25. | 37 Rounds / CAL:Multi |
| 26. | 244 Rounds / CAL:Multi |
| 27. | 1,330 Rounds / CAL:Multi |
| 28. | 114 Rounds / CAL:Multi |
| 29. | 394 Rounds / CAL:Multi |
| 30. | 2,100 Rounds / CAL:Multi |
| 31. | 10 Rounds / CAL:Multi |
| 32. | 15 Rounds / CAL:9 |
| 33. | 2 Rounds / CAL:45 |

**5,478 Total Rounds**

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Place an "X" in the appropriate box: ☐ Green Bay Division ☒ Milwaukee Division

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
SEVENTEEN MISCELLANEOUS FIREARMS, ET AL.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Racine
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Scott J. Campbell, AUSA
US Attorney's Office, #530 Federal Building
517 E. Wisconsin Avenue, Milwaukee, WI 53202  (414-297-1700)

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government
Plaintiff

☐ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane    ☐ 365 Personal Injury - | ☒ 690 Other | ☐ 423 Withdrawal | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product      Product Liability | |      28 USC 157 | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument |      Liability    ☐ 367 Health Care/ | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &      Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
|    & Enforcement of Judgment |      Slander      Personal Injury | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'      Product Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted |      Liability    ☐ 368 Asbestos Personal | | ☐ 840 Trademark |      Corrupt Organizations |
|    Student Loans | ☐ 340 Marine      Injury Product | | | ☐ 480 Consumer Credit |
|    (Excl. Veterans) | ☐ 345 Marine Product      Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment |      Liability    **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
|    of Veteran's Benefits | ☐ 350 Motor Vehicle    ☐ 370 Other Fraud |      Act | ☐ 862 Black Lung (923) |      Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle    ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract |      Product Liability    ☐ 380 Other Personal | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal      Property Damage | ☐ 751 Family and Medical | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise |      Injury    ☐ 385 Property Damage |      Leave Act | | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury -      Product Liability | ☐ 790 Other Labor Litigation | |      Act |
| |      Med. Malpractice | ☐ 791 Empl. Ret. Inc. | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| **REAL PROPERTY**    **CIVIL RIGHTS**    **PRISONER PETITIONS** | |      Security Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation    ☐ 440 Other Civil Rights    ☐ 510 Motions to Vacate | | |      or Defendant) |      Act/Review or Appeal of |
| ☐ 220 Foreclosure    ☐ 441 Voting      Sentence | | | ☐ 871 IRS—Third Party |      Agency Decision |
| ☐ 230 Rent Lease & Ejectment    ☐ 442 Employment    **Habeas Corpus:** | | |      26 USC 7609 | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land    ☐ 443 Housing/    ☐ 530 General | | | |      State Statutes |
| ☐ 245 Tort Product Liability      Accommodations    ☐ 535 Death Penalty | | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property    ☐ 445 Amer. w/Disabilities -    ☐ 540 Mandamus & Other | | ☐ 462 Naturalization Application | | |
|      Employment    ☐ 550 Civil Rights | | ☐ 463 Habeas Corpus - | | |
|    ☐ 446 Amer. w/Disabilities -    ☐ 555 Prison Condition | |      Alien Detainee | | |
|      Other    ☐ 560 Civil Detainee - | |      (Prisoner Petition) | | |
|    ☐ 448 Education      Conditions of | | ☐ 465 Other Immigration | | |
|      Confinement | |      Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
*(specify)*

☐ 6 Multidistrict
Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC § 924(d)
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE
07/11/2019

SIGNATURE OF ATTORNEY OF RECORD
s/SCOTT J. CAMPBELL

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

   Plaintiff,

  v.         Case No.

SEVENTEEN MISCELLANEOUS FIREARMS,
and

APPROXIMATELY 5,478 ROUNDS OF
ASSORTED AMMUNITION,

   Defendants.

## WARRANT FOR ARREST IN REM

To: THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES
   Eastern District of Wisconsin

  WHEREAS, a Verified Complaint for Civil Forfeiture *in rem* was filed on the 11th day of

July, 2019, by the United States Attorney for the Eastern District of Wisconsin, which seeks the

forfeiture of the above-named defendant properties under Title 18, United States Code, Section

924(d), and which prays that process issue to enforce the forfeiture and to give notice to all

interested parties to appear before the court and show cause why the forfeiture should not be

decreed; and due proceedings being had, that the defendant properties be condemned and

forfeited to the use of the United States of America.

  YOU ARE THEREFORE HEREBY COMMANDED to attach and arrest the defendant

properties listed below, which were seized on or about March 1, 2019, from Jeremiah Cholip at

4XXX Youngblood Road, Racine, Wisconsin, and which are presently in the custody of the

Bureau of Alcohol, Tobacco, Firearms, and Explosives in Milwaukee, Wisconsin, in the Eastern

District of Wisconsin, and to detain the same until further order of this Court.

**FIREARMS**

| | Description | Serial No. |
|---|---|---|
| 1. | SAVAGE STEVENS 258B Shotgun CAL:20 | None |
| 2. | ITHACA GUN CO. Rifle Model: 49; CAL: 22 | 490582658 |
| 3. | RUGER 77/22 Rifle CAL:22 | 700-09-894 |
| 4. | UNIS Pistol CAL:ZZ | 69187 |
| 5. | REMINGTON ARMS COMPANY, INC. 12 Shotgun CAL:12 | 59562 |
| 6. | RUGER 77/22 Rifle CAL:22 | 720-07333 |
| 7. | WINCHESTER 67 Rifle CAL:22 | None |
| 8. | WHITWORTH EXPRESS Rifle CAL:458 | B279559 |
| 9. | WINCHESTER 94 Rifle CAL:30-30 | 1673216 |
| 10. | SMITH & WESSON M&P 45 Pistol CAL:45 | HMT4125 |
| 11. | Unknown Manufacturer Revolver CAL:ZZ | 39865 |
| 12. | M.A.B. A Pistol CAL:25 | 106685 |
| 13. | Unknown Manufacturer Pistol CAL:ZZ | 34341 |
| 14. | GLOCK GMBH 21 Pistol CAL:45 | LGK741 |
| 15. | Unknown Manufacturer Rifle CAL:ZZ | WI00010 |
| 16. | SAVAGE STEVENS 237A Shotgun CAL:20 | None |
| 17. | AR-7 INDUSTRIES LLC AR7 EXPLORER Rifle CAL:22 | A272990 |

**AMMUNITION**

| | No. of Rounds / Description |
|---|---|
| 18. | 33 Rounds / CAL:ZZ |
| 19. | 12 Rounds / CAL:ZZ |
| 20. | 40 Rounds / CAL:ZZ |
| 21. | 13 Rounds / CAL:ZZ |
| 22. | 20 Rounds / CAL:ZZ |
| 23. | 177 Rounds / CAL:Multi |
| 24. | 937 Rounds / CAL:Multi |
| 25. | 37 Rounds / CAL:Multi |
| 26. | 244 Rounds / CAL:Multi |
| 27. | 1,330 Rounds / CAL:Multi |
| 28. | 114 Rounds / CAL:Multi |
| 29. | 394 Rounds / CAL:Multi |
| 30. | 2,100 Rounds / CAL:Multi |
| 31. | 10 Rounds / CAL:Multi |
| 32. | 15 Rounds / CAL:9 |
| 33. | 2 Rounds / CAL:45 |
| | **5,478 Total Rounds** |

Dated this _____ day of _____, 2019, at Milwaukee, Wisconsin.

STEPHEN C. DRIES
Clerk of Court

By: 
_____
Deputy Clerk

### **Return**

This warrant was received and executed with the arrest of the above-named defendants.

Date warrant received: _____

Date warrant executed: _____

Name and title of arresting officer: _____

Signature of arresting officer: _____

Date: _____